UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-7673-GW-MARx | Date | December 19, 2024 |
|---|---|---|---|
| Title | *Edmond Neal v. Coup D'etat, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On December 16, 2024, Plaintiff Edmond Neal filed a Notice of Settlement [9]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for January 23, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on January 21, 2025.

:

Initials of Preparer   JG